Opinion issued June 3, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00874-CV

———————————

COUNTRYWIDE
FIELD SERVICES CORPORATION, Appellant

V.

JJ REAL ESTATE SERVICES, L.P. D/B/A
TOTAL MORTGAGE SERVICES, Appellee



 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Case No. 2008-73756  

 



 



MEMORANDUM OPINION

          Appellant,
Countrywide Field
Services Corporation, has filed a
motion to dismiss the appeal.  More than
10 days has elapsed since appellant filed the motion.  See
Tex. R. App. P. 10.3 (providing
court should not hear or determine motion until 10 days after motion filed
except in circumstances not present here).  No opinion has issued.  Accordingly, we grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a)(1).

          We
overrule all other pending motions in this appeal as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.